No. 79–616. MOHASCO CORP. *v.* SILVER. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition.

No. 79–5175. ADAMS *v.* TEXAS. Ct. Crim. App. Tex. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to the questions presented by the Court:

(1) Is the doctrine of *Witherspoon* v. *Illinois*, 391 U. S. 510, applicable to the bifurcated procedure employed by Texas in capital cases? (2) If so, did the exclusion from jury service in the present case of prospective jurors pursuant to Texas Penal Code § 12.31 (b) violate the doctrine of *Witherspoon* v. *Illinois, supra?*

No. 79–5364. BROWN *v.* LOUISIANA. Sup. Ct. La. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 78–5855. LEVY *v.* UNITED STATES; and

No. 78–5930. LA FONT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 580 F. 2d 730.

No. 79–169. PUBLIC SERVICE COMPANY OF NEW HAMPSHIRE *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL.; and

No. 79–544. PENNSYLVANIA ELECTRIC CO. ET AL. *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. Reported below: 195 U. S. App. D. C. 130, 600 F. 2d 944.

No. 79–296. BARRENTINE ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.